United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In re:
Ralph Musilli,	Case No. 06-55963-R
                Debtor.	Chapter 7
_____/

Order

For the reasons stated in the opinion entered this date, Musilli's exemption is denied. The trustee shall recover $76,100 from the custodians of the Merrill Lynch CMA account number 649-40852, pursuant to 11 U.S.C. § 542(a).

**Signed on March 13, 2009**

                                                                    **/s/ Steven Rhodes**
                                                          **Steven Rhodes**
                                                          **Chief Bankruptcy Judge**